UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA A. ANDERSON,

    Plaintiff,

v.  Case No. 8:11-cv-234-T-24 MAP

MICHAEL J. ASTURE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. No. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Pizzo has filed his report recommending that Plaintiff's complaint be remanded for further proceedings. (Doc. No. 23). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 23) is adopted and incorporated by reference in this Order of the Court.

(2) The Commissioner's decision is REVERSED and the case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Order.

(3) The Clerk is directed to enter judgment for Plaintiff and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of February 2012.

                                                        SUSAN C. BUCKLEW
                                                       United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record